Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINA CALDERA, individually, and on behalf of all others similarly situated, | Case No. |
| Plaintiff, | 2:20-cv-11327-JAK-PVC |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS.** |
| SPEEDY CASH, and DOES 1 through 10, inclusive, and each of them, | |
| Defendant(s). | |

NOW COMES THE PLAINTIFFS by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to plaintiff and without prejudice as to the class. No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Fed. R. Civ. P. Each party shall bear their own costs and attorney fees.

Respectfully submitted this 7th Day of June, 2021,

By: s/Adrian R. Bacon Esq.
Adrian R. Bacon
Attorney for Plaintiff

Notice of Dismissal - 1

# CERTIFICATE OF SERVICE

Filed electronically on June 7, 2021, with:

United States District Court CM/ECF system

Notification sent electronically on June 7, 2021, to:

To the Honorable Court, all parties and their Counsel of Record

                                        By: s/Adrian R. Bacon Esq.
                                            Adrian R. Bacon
                                            Attorney for Plaintiff